In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-01-046 CR


____________________



IRVING THOMAS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 80765






OPINION


 A jury found Irving Thomas to be guilty of possession of a controlled substance,
cocaine, in an amount less than one gram. See Tex. Health & Safety Code Ann. §
481.115(a) (Vernon Supp. 2001). Sequenced prior felony convictions alleged in the
indictment raised the punishment range to that of a second degree felony. Tex. Pen.
Code Ann. § 12.42(a)(2) (Vernon Supp. 2001). The jury assessed punishment at three
years of confinement in the Texas Department of Criminal Justice, Institutional Division.

 After appeal was perfected appellate counsel filed a brief in compliance with Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and High v. State,
573 S.W.2d 807 (Tex. Crim. App. 1978). The brief concludes no arguable error which
would support an appeal is presented, a conclusion with which we concur. On August 9,
2001, Thomas was given an extension of time in which to file a pro se brief if he so
desired. As of this date, we have received no response from the appellant.

 We have reviewed the clerk's record and the reporter's record, and find no arguable
error requiring us to order appointment of new counsel. See Stafford v. State, 813 S.W.2d
503, 511 (Tex. Crim. App. 1991). Accordingly, we affirm the judgment and sentence of
the trial court. 

 AFFIRMED.

 PER CURIAM

Submitted on November 21, 2001

Opinion Delivered November 28, 2001 

Do Not Publish


Before Walker, C.J., Burgess and Gaultney, JJ.